IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON WAYNE IRWIN                                                                PLAINTIFF

v.                                      3:09CV00195SWW/HLJ

DAN LANGSTON, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 22nd day of February, 2010.


/s/Susan Webber Wright

United States District Judge